### 1ST TECHNOLOGY LLC, Plaintiff–Appellee,

v.

### RATIONAL ENTERPRISES LTDA. and Rational Poker School Limited, Defendants,

and

### Bodog Entertainment S.A., Bodog.net, and Bodog.com, Defendants– Appellants.

No. 2008–1132.

United States Court of Appeals, Federal Circuit.

Oct. 8, 2008.

Robert P. Greenspoon, Flachsbart & Greenspoon, LLC, of Chicago, Illinois, argued for plaintiff-appellee. With him on the brief was William W. Flachsbart. Of counsel on the brief were L. Kristopher Rath, Kevin M. Sutehall, and Michael K. Wall, Hutchison & Steffen, LLC, of Las Vegas, Nevada.

Victor de Gyarfas, Foley & Lardner LLP, of Los Angeles, California, argued for defendants-appellants. With him on the brief were James D. Nguyen, of Los Angeles, California, and George E. Quillin, of Washington, DC.

MAYER, LINN and MOORE, Circuit Judges.

#### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.